UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL SCHMIDT,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBERT LAUB, as TRUSTEE FOR THE CAROL L. GLATSTIAN LIVING TRUST, derivatively on behalf of MAYWOOD SHERWOOD VILLAGE, LLC,<br><br>                Defendant,<br><br>And<br><br>MAYWOOD SHERWOOD VILLAGE, LLC,<br><br>                Nominal Defendant. | Civil Action No.: 2:18-cv-17399 |

**[PROPOSED] ORDER GRANTING PETITION UNDER 9 U.S.C. § 4 AND DISMISSING PLAINTIFF'S VERIFIED COMPLAINT WITH PREJUDICE**

      **THIS MATTER,** having come before the Court upon application of Robert Laub, as Trustee for the Carol L. Glatstian Living Trust ("Trust"), improperly plead as derivatively on behalf of Maywood Sherwood Village, LLC, seeking the entry of an Order of Dismissal and that the case be referred to the existing arbitration with the American Arbitration Association.

      **IT IS HEREBY ORDERED AS FOLLOWS:**

      1.      The Trust's Petition pursuant to 9 *U.S.C.* § 4 is hereby GRANTED; and

      2.      Plaintiff's Verified Complaint is hereby DISMISSED WITH PREJUDICE and the issues sought to be adjudicated herein are referred to the pre-existing arbitration pending with

the American Arbitration Association entitled Robert Laub, as Trustee for the Carol L. Glatstian Living Trust, v. Paul Schmidt, AAA Case No.: 01-18-0003-2850.

_____
HON. ESTHER SALAS, U.S.D.J.

Dated: